[No. 23123–5–I.   Division One.   May 29, 1990.]

THE CITY OF SEATTLE, *Respondent,* v. GEORGE D. LEWIS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King

County, No. 86-2-09659-1, Steven G. Scott, J., entered October 5, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Winsor and Baker, JJ.